# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159196(86)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL ZARAN-IKIEL GARRETT,
      Defendant-Appellant.

_____/

SC: 159196
COA: 338311
Macomb CC: 2016-000810-FC

On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The pro per supplement submitted on February 28, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2019



Clerk